AO (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern                              **DISTRICT OF**  Florida

## SUMMONS

JANE DOE, by and through
JANE DOE's FATHER as parent and natural
guardian, and JANE DOE's FATHER, and
JANE DOE's STEPMOTHER, individually,

          Plaintiffs,        CASE NO.

vs.

**08-80069**

JEFFREY EPSTEIN,

**CIV-MARRA**

          Defendant.

**MAGISTRATE JUDGE JOHNSON**

_____/

FILED by _____ D.C.
INTAKE

JAN 24 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

**TO:**   **JEFFREY EPSTEIN, individually:**
       9 East 71st Street
       New York, NY 10021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY,
Jeffrey M. Herman, Esq.
Stuart S. Mermelstein, Esq.
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, Florida 33160
(305) 931-2200

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                   JAN 2 4 2008

CLERK                                             DATE

(signature)

(BY) DEPUTY CLERK