UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.08-80069-CIV-MARRA

JANE DOE NO. 1 by and through
JANE DOE'S FATHER as parent and natural
guardian, and JANE DOE'S FATHER, and
JANE DOE'S STEPMOTHER, individually,

    Plaintiff,
vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

## ORDER REQUIRING COUNSEL TO CONFER, FILE JOINT SCHEDULING REPORT AND FILE JOINT DISCOVERY REPORT

THIS ORDER has been entered upon the filing of the complaint. Plaintiff's counsel is hereby ORDERED to forward to all defendants, upon receipt of a responsive pleading, a copy of this order.

It is further ORDERED:

1. Every motion when filed shall be accompanied by a proposed order, except that motions to dismiss and motions for summary judgment need not be accompanied by a proposed order.

2. Pretrial discovery in this case shall be conducted in accord with Local Rule 16.1 and Rule 26 of the Federal Rules of Civil Procedure.

3. Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, unless this action is excluded under Rule 26(a)(1)(E), the parties must confer within twenty-one (21) days after the filing of the first responsive pleading by the last responding defendant, to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of

the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan that indicates the parties' views and proposals concerning the matters listed in Rule 26(f).

4. The parties are jointly responsible for submitting a written report of this conference outlining the proposed discovery plan within 14 days after the conference.

5. Counsel for the parties shall hold a **scheduling conference** either at the same time as the discovery conference described in Rule 26(f) or within fourteen (14) calendar days thereafter. See Local Rule 16.1(B).

6. Within fourteen (14) days of the scheduling conference, counsel shall file a **joint scheduling report** pursuant to Local Rule 16.1(B)(2). This report **shall indicate the proposed month and year for the trial** plus the estimated number of trial days required, as well as an indication of whether the trial is to be a jury trial or bench trial.

7. The parties may submit a single report combining the discovery plan report and the scheduling conference report.

8. Failure of counsel or unrepresented parties to file a discovery plan report or joint scheduling report may result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs.

DONE AND SIGNED in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of January, 2008.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished to:
All counsel