UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80069 CIV-MARRA/JOHNSON

JANE DOE NO.1, by and through
JANE DOE's FATHER as parent and natural
guardian, and JANE DOE's FATHER, and
JANE DOE's STEPMOTHER, individually,

        Plaintiffs,

JANE DOE'S MOTHER, individually and as parent
and natural guardian of JANE DOE NO. 1,

        Intervenor-Plaintiff,

vs.

JEFFREY EPSTEIN,

        Defendant.
_____/

## MOTION TO STAY PROCEEDINGS PENDING JANE DOE NO. 1 REACHING AGE OF MAJORITY

    JANE DOE'S MOTHER, individually and as parent and natural guardian of JANE DOE NO. 1, by and through the undersigned counsel, moves the Court to stay these proceedings pending JANE DOE NO. 1 reaching the age of majority, and as grounds for said motion states as follows:

    1. JANE DOE NO. 1 is a minor child, 17 years of age, who is under the joint control of her parents and natural guardians, JANE DOE'S FATHER and JANE DOE'S MOTHER, who are divorced.

    2. JANE DOE NO. 1 will be 18 on May 13, 2008. *See affidavit of* JANE DOE'S MOTHER (*attached hereto as EXHIBIT "A"*).

    3. JANE DOE NO. 1 has been estranged from JANE DOE'S FATHER since Thanksgiving Day, November 22, 2007. *See Exhibit "A" (Affidavit of JANE DOE'S MOTHER).*

4. JANE DOE'S FATHER filed this lawsuit against Defendant Jeffrey Epstein without the knowledge, consultation or consent of JANE DOE NO. 1. *See Exhibit "A" (Affidavit of JANE DOE'S MOTHER).*

5. JANE DOE NO. 1 does not want this lawsuit to be prosecuted on her behalf by JANE DOE'S FATHER. *See Exhibit "A" (Affidavit of JANE DOE'S MOTHER).*

6. Pursuant to Local Rule 7.1.A.3, counsel for Intervenor-Plaintiff JANE DOE'S MOTHER, in a good faith attempt to resolve this dispute, made a reasonable effort to confer with all parties who may be affected by this motion to stay. Counsel for Intervenor-Plaintiff JANE DOE'S MOTHER conferred with Counsel for JANE DOE'S FATHER, who do not agree to the Court entering a stay in this action.

**WHEREFORE**, Intervenor-Plaintiff, JANE DOE'S MOTHER, moves the Court to stay these proceedings pending JANE DOE NO. 1 reaching the age of majority at which time she can decide whether, and how, to continue prosecution of this action.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically on January 29th, 2008 with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following: Jeffrey M. Herman, jherman@hermanlaw.com; Stuart S. Mermelstein, smermelstein@hermanlaw.com; Adam D. Horowitz, ahorowitz@hennanlaw.com.

Respectfully submitted,

/s/Theodore J. Leopold, Esq.
THEODORE J. LEOPOLD, ESQ.
Florida Bar No. 705608
RICCI~LEOPOLD, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens FL 33410
Phone: 561-684-6500;
Fax: 561-515-2610
Email: tleopold@riccilaw.com