# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80069 CIV-MARRA/JOHNSON

JANE DOE NO.1, by and through
JANE DOE's FATHER as parent and natural
guardian, and JANE DOE's FATHER, and
JANE DOE's STEPMOTHER, individually,

      Plaintiffs,

vs.

JEFFREY EPSTEIN,

      Defendant.
_____/

## AFFIDAVIT IN SUPPORT OF MOTION TO STAY PROCEEDINGS

DAWN LaVOGUE SANDBERG, being duly sworn deposes and says that:

1. I am the mother and natural guardian for Jane Doe No.1 as referenced in the Complaint filed on January 24, 2008, in the United States District Court Southern District of Florida, Case No. 08-80069 CIV-MARRA-JOHNSON. This Affidavit is filed in support of the Motion to Stay Proceedings.

2. Jane Doe No. 1 will be eighteen (18) years of age on May 13, 2008.

3. Jane Doe No.1 has been estranged from her father since Thanksgiving day, November 22, 2007.

4. On January 24, 2008, Jane Doe No.1's father filed a lawsuit on behalf of himself and as parent and natural guardian of Jane Doe No. 1 against Jeffrey Epstein in the United States District Court, Southern District of Florida, Case No. 08-80069 CIV-MARRA-JOHNSON. Jane Doe's



EXHIBIT A

father filed this lawsuit against Defendant Jeffrey Epstein without the knowledge, consultation or consent of me or of my daughter, Jane Doe No.1.

5.  Jane Doe No.1 does not want her lawsuit to be prosecuted on her behalf by her father.

FURTHER, AFFIANT SAYETH NOT.

_____
DAWN LaVOGUE SANDBERG, as mother and
natural guardian of Jane Doe No. 1

**STATE OF GEORGIA**
                    ss:
**COUNTY OF WALESKA**

The foregoing instrument was acknowledged before me this 28 day of January, 2008 by DAWN LaVOGUE SANDBERG who is personally known to me or has produced GA Drivers Licanse as identification and who (did/did not) take an oath.

_____
Notary Public
Commission No.: