IN THE CIRCUIT COURT
OF THE FIFTEENTH JUDICIAL
COURT IN AND FOR PALM
BEACH COUNTY, FLORIDA

FAMILY DIVISION

CASE NO. ▮▮▮▮▮

IN RE: THE FORMER MARRIAGE OF

DAWN LAVOGUE-SANDBERG,

        Petitioner/Former Wife,

vs.

▮▮▮▮▮▮▮▮▮▮

        Respondent/Former Husband
_____/

## CUSTODIAL PARENT MODIFICATION

**THIS AGREEMENT** is made in Palm Beach County, Florida between DAWN LAVOGUE-SANDBERG, hereinafter referred to as the "Former Wife" and ▮▮▮▮▮ ▮▮▮▮▮ hereinafter referred to as "Former Husband".

In consideration of the mutual undertakings herein contained, the parties agree as follows:

1.    **STATUS OF PARTIES:**

The parties were divorced on June 18, 1991.

The custodial parent circumstances of the parties have changed, they desire to adjust their responsibilities for custodial parent of their minor children.



EXHIBIT A

LAVOGUE-SANDBERG and 
Case No. ▓▓▓▓▓▓▓▓

## 2. PURPOSE OF AGREEMENT AND CONSIDERATION:

The purpose of this Agreement is to effect a complete settlement, with reference to the parties's obligations with respect to the visitation and parental responsibility of the two minor children, ▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓

## 3. CUSTODY OF MINOR CHILDREN:

Full Parental Custody of both minor children shall be granted to Former Husband. Both minor children shall reside with Former Husband in Florida.

## 4. VISITATION:

Former Wife shall be entitled to open communication between herself and minor children. Former Wife shall receive visitation as often as children desire but shall be at minimum once a year. All plane fare for said visitation shall be at the expense of Former Wife except in such case Former Husband shall for any reason need children to commute to Former Wife in Georgia for personal, emergency, or necessary reasons then Former Husband shall pay for said plane fare.

## 5. FINANCIAL RESPONSIBILITY:

Former Husband shall hold complete financial responsibity for both minor children including but not limited to all medical, dental, vision, etc. care and or insurance. Former Husband shall be granted both Florida Prepaid College Programs for both minor children and be responsible for college tuition, etc. payments. Former Husband shall claim both minor children on his personal income taxes beginning 2006 tax year.

DLS                                   -2-                                   DAG

LAVOGUE-SANDBERG and 
Case No.

### 6. AGREEMENT BINDING:

This Agreement and all the obligations and covenants hereunder shall bind the parties hereto, their heirs, executors, administrators, legal representatives and assigns.

### 7. REPRESENTATIONS:

The parties represent to each other that:

    A. The parties fully understand the facts as to their legal rights and obligations. Each is signing the Agreement freely and voluntarily, intending to be bound by it.

    B. The laws of Florida shall govern the validity, construction, interpretation and effect of this Agreement.

    C. Neither party is represented by legal counsel.

### 8. PARAGRAPH HEADINGS:

Paragraph headings are provided for convenience in locating paragraphs and are not intended to add or detract anything from language of the paragraphs.

LAVOGUE-SANDBERG and ▆▆▆▆▆
Case No. ▆▆▆▆▆

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, this __28th__ day of ~~April~~ March, 2006, personally appeared DAWN LAVOGUE-SANDBERG, who is personally known to me ___ or has provided a valid Georgia Driver's License _✓_ , and who after being duly sworn, deposes and says that she is Former Wife in the above and foregoing Agreement; that she has read the foregoing Agreement and that she has executed the same freely and voluntarily for the purposes therein expressed.



_Tammy S Parker_
Notary Public
My Commission Expires:

BEFORE ME, the undersigned authority, this __28th__ day of ~~April~~ March, 2006, personally appeared ▆▆▆▆▆ who is personally known to me _✓_ or has provided a valid Florida Driver's License ___ , and who after being duly sworn, deposes and says that he is Former husband in the above and foregoing Agreement; that he has read the foregoing Agreement and that he has executed the same freely and voluntarily for the purposes therein expressed.

_[signature]_
Notary Public
My Commission Expires: 5-4-07

YVETTE SOSA
NOTARY PUBLIC
COMMISSION NO. DD209030

LAVOGUE-SANDBERG and 
Case No.

**IN WITNESS WHEREOF**, the parties hereto have signed and acknowledged this Agreement in the presence of the witnesses signing below on this ___28___ day of M̶A̶R̶C̶H̶ April, 2006.

_____
Signature (Witness #1)

LISA R. HALE
(Print) (Witness #1)

_____
Signature (Witness #2)

NAncy y Griffin
(Print) (Witness #2)

_____
Dawn LaVogue-Sandberg

_____
Signature (Witness #1)

(Print) (Witness #1)

_____
Signature (Witness #2)

MARIO GUTIERREZ
(Print) (Witness #2)

-4-

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL COURT
IN AND FOR PALM BEACH COUNTY, FLORIDA

IN RE: THE FORMER MARRIAGE OF
DAWN LAVOGUE-SANDBERG,
    Petitioner/Former Wife,

and

███████████████

    Respondent/Former Husband
_____/

FAMILY DIVISION
CASE NO. ███████

## ORDER GRANTING CUSTODIAL PARENT MODIFICATION

COMES NOW before the court the **CUTODIAL PARENT MODIFICATION** and the court having been advised that the parties are in agreement, it is:

ORDERED and ADJUDGED that said Custodial Parent Modification be GRANTED.

DONE AND ORDERED in chambers this 25th day of April, 2006.

_____
CIRCUIT COURT JUDGE

**WILLIAM J. BERGER**

cc:    Dawn Lavogue-Sandberg
        411 Christophers Ct.
        Waleska, GA 30183

