UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80069-CIV-MARRA/JOHNSON

JANE DOE NO. 1, by and through
JANE DOE's FATHER as parent and natural
guardian, and JANE DOE's FATHER, and
JANE DOE's STEPMOTHER, individually,

       Plaintiffs,
vs.

JEFFREY EPSTEIN,

       Defendant.
_____/

**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO MOTION
TO INTERVENE FILED BY JANE DOE'S MOTHER**

    Plaintiff, Jane Doe No. 1, by and through Jane Doe's Father as parent and natural guardian, and Jane Doe's Father and Jane Doe's Stepmother individually, hereby advise the Court that, upon review of the Motion to Intervene and Supporting Memorandum of Law filed by Jane Doe's Mother, and the Intervenor's Complaint attached thereto as Exhibit "A", Plaintiffs have no opposition to Jane Doe's Mother's intervention for the purpose of asserting the claims set forth in the Intervenor's Complaint attached to her Motion.

Dated: February 14, 2008                      Respectfully submitted,

                                        By:      s/ Jeffrey M. Herman         .
                                        Jeffrey M. Herman (FL Bar No. 521647)
                                        jherman@hermanlaw.com
                                        Stuart S. Mermelstein (FL Bar No. 947245)
                                        smermelstein@hermanlaw.com
                                        Adam D. Horowitz (FL Bar No. 376980)
                                        ahorowitz@hermanlaw.com
                                        HERMAN & MERMELSTEIN, P.A.
                                        *Attorneys for Plaintiffs Jane Doe et al.*
                                        18205 Biscayne Blvd., Suite 2218

- 2 -

                                      Miami, Florida  33160
                                      Tel:  305-931-2200
                                      Fax: 305-931-0877

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the following, via transmission of Notices of Electronic Filing generated by CM/ECF:

Theodore Jon Leopold
tleopold@riccilaw.com

                                                                    /s/ Jeffrey M. Herman     .