UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80069-CIV-MARRA/JOHNSON

JANE DOE NO. 1, by and through
JANE DOE's FATHER as parent and natural
guardian, and JANE DOE's FATHER, and
JANE DOE's STEPMOTHER, individually,

       Plaintiffs,

vs.

JEFFREY EPSTEIN,

       Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Jane Doe No. 1 by and through Jane Doe's Father as parent and natural guardian, and Jane Doe's Father, and Jane Doe's Stepmother, individually, hereby give notice of their voluntary dismissal of this action against all Defendant Jeffrey Epstein without prejudice pursuant to Fed.R.Civ.P. 41(1)(A).

Dated: February 22, 2008                        Respectfully submitted,

                                          By:    s/ Jeffrey M. Herman
                                                Jeffrey M. Herman (FL Bar No. 521647)
                                                jherman@hermanlaw.com
                                                Stuart S. Mermelstein (FL Bar No. 947245)
                                                smermelstein@hermanlaw.com
                                                Adam D. Horowitz (FL Bar No. 376980)
                                                ahorowitz@hermanlaw.com
                                                HERMAN & MERMELSTEIN, P.A.
                                                *Attorneys for Plaintiffs Jane Doe et al.*
                                                18205 Biscayne Blvd., Suite 2218
                                                Miami, Florida  33160
                                                Tel:  305-931-2200
                                                Fax: 305-931-0877

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the following, via transmission of Notices of Electronic Filing generated by CM/ECF:

Theodore Jon Leopold
tleopold@riccilaw.com


and by mail to:

Jeffrey Epstein
9 East 71st Street
New York, NY  10021

                /s/ Jeffrey M. Herman  .