UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80069-CIV-MARRA/JOHNSON

JANE DOE NO. 1, by and through
JANE DOE'S FATHER, as parent and
natural guardian, JANE DOE'S FATHER,
individually, and JANE DOE'S
STEPMOTHER, individually

     Plaintiffs,

vs.

JEFFREY EPSTEIN,

     Defendants.
_____/

## FINAL ORDER OF DISMISSAL

This Cause is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice (DE 9), filed February 22, 2008.  The Court has reviewed the Notice, the pertinent portions of the record, and is otherwise advised in the premises.  In accordance with Plaintiff's Notice, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is hereby **DISMISSED WITHOUT PREJUDICE.**

2. All pending motions are **DENIED AS MOOT.**

3. The Clerk shall **CLOSE THIS CASE.**

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida this 28th day of February, 2008.

                                         KENNETH A. MARRA
                                         United States District Judge

Copies furnished to:
All counsel of record